JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICHOLAS ALBRECHT, | ) | NO. CV 23-1587-GW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| BRYAN BIRKHOLZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: August 21, 2023.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE